## Robinson *v.* Greiner, Appellant.

*Appeals—Interlocutory order—Decree awarding issue to try title to real estate—Act of June 10, 1893, P. L. 415.*

No appeal lies from a decree awarding an issue to try title to real estate under the Act of June 10, 1893, P. L. 415. Such a decree is interlocutory, and on that ground also no appeal lies.

Submitted April 20, 1916.   Appeal, No. 15, March T., 1915, by defendant, from decree of C. P. Montour Co.,

172, (1916).] Assignment of Error—Opinion of the Court.

June T., 1913, No. 8, awarding an issue to try title to real estate in case of James W. Robinson v. Caroline Greiner. Before ORLADY, P. J., HENDERSON, KEPHART, TREXLER and WILLIAMS, JJ. Appeal quashed.

Petition for an issue to try title to real estate. Before EVANS, P. J.

The court awarded an issue.

*Error assigned* was in awarding an issue.

*Wm. Kase West,* for appellant.

*H. M. Hinckley,* for appellee, cited in support of motion to quash appeal: Walsh v. Walsh, 61 Pa. Superior Ct. 620; Davenport v. Jones, 126 Pa. 271; Gabler v. Black, 210 Pa. 541.

OPINION BY WILLIAMS, J., May 8, 1916:

This was an application for an issue to try the title to real estate under the Act of June 10, 1893.

Upon petition, answer, and evidence adduced before the court clearly showing that the real estate in question was in the possession of the petitioner, the court had jurisdiction to award the issue. An appeal was taken from the action of the court awarding the issue.

There is a motion to quash on two grounds (a) The decree of the court below is interlocutory. (b) That there is no statutory provision for the appeal.

The act provides "that the decree of the court in refusing the rule or issue......and the judgment in such issue shall be subject to appeal." There is no provision in the act for an appeal where the issue is awarded.

The decree in this case is clearly interlocutory and that reason is sufficient for us to quash this appeal. In addition to this, we are of the opinion that no appeal lies, under the act, from a decree awarding an issue in such cases.

The appeal is quashed.